```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

SAMUEL JOHN,                    :
      Plaintiff
                              :

      vs.                       :    CIVIL NO. 1:CV-06-2197

THOMAS H. HOGAN, et al.,        :
      Defendants              :


                                <u>O R D E R</u>

AND NOW, this 5th day of July, 2007, upon consideration of the report (doc. 13) of the magistrate judge, filed June 8, 2007, to which no objections were filed, and upon independent review of the record, it is ordered that:

      1.  The magistrate judge's report is adopted;

      2.  Plaintiff's action is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure;

      3.  The Clerk of Court shall close this file.

                                <u>/s/William W. Caldwell</u>
                                William W. Caldwell
                                United States District Judge